**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Kirsten L. Schutz
                         Plaintiff,

v.                                              Case No.: 1:07−cv−00619
                                                    Honorable Elaine E. Bucklo

A.G. Edwards & Sons, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 31, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion to dismiss [34] case with prejudice is granted and it is so ordered. Status hearing set for 3/20/09 is now vacated. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.